FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 27 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| In re DREAMWORKS ANIMATION SKG, INC., SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. CV-05-03966 MRP(VBKx)<br><br>Consolidated with Cases:<br><br>CV-05-4056<br>CV-05-4108<br>CV-05-4122<br>CV-05-4229<br>CV-05-5566<br><br>[PROPOSED] FINAL JUDGMENT |

ENTERED
CLERK, U.S. DISTRICT COURT

JUL 3 - 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

LODGED
2006 JUN 27 PM 4:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

1540627.1
19220-00102

73

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  The Court, having considered the Motion of Defendants to dismiss
2  Plaintiffs' Consolidated Amended Complaint, together with Plaintiffs' response
3  thereto, and having issued an Order dated April 12, 2006, granting the Motion and
4  dismissing the claims alleging violations of the Securities Act of 1933 with
5  prejudice, and dismissing the claims alleging violations of the Securities Exchange
6  Act of 1934 without prejudice, and giving Plaintiffs sixty days leave to file an
7  Second Consolidated Amended Complaint alleging clams under the Securities
8  Exchange Act of 1934 only, and the sixty days having expired and Plaintiffs
9  having decided to forego filing a Second Consolidated Amended Complaint in this
10 matter, and the parties having stipulated to the dismissal with prejudice of all
11 claims for relief and the Court having dismissed the Consolidated Amended
12 Complaint with prejudice,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

   1.  Judgment is granted with prejudice in favor of Defendants and against Plaintiffs on all claims for relief in CV-05-03966 MRP(VBKx), as well as in the related cases CV-05-4056, CV-05-4108, CV-05-4122, CV-05-4229, and CV-05-5566; and

   2.  The Clerk is ordered to enter this judgment forthwith.

DATED: June 27, 2006

_Mariana R. Pfaelzer_
Honorable Mariana R. Pfaelzer
United States District Judge

Submitted by:

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
And
CRAVATH SWAINE & MOORE LLP

By _____
MATTHEW N. FALLEY
Attorneys for Defendants

1540627.1
19220-00102

2

# PROOF OF SERVICE
CCP §1011, CCP §1013a(3)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is c/o Time Machine Network, Inc., 1533 Wilshire Boulevard, Los Angeles, California 90017.

On June 27, 2006, I served the foregoing document described as **[PROPOSED] FINAL JUDGMENT** on the interested parties in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Christopher Kim, Esq.,
> Lisa J. Yang, Esq.
> Lim, Ruger & Kim, LLP
> 1055 West Seventh Street, Suite 2800
> Los Angeles, CA 90017

**BY MAIL:**

☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 27, 2006, at Los Angeles, California.

**BY PERSONAL SERVICE:**

☒ I delivered such envelope by hand to the offices of the addressee.

Executed on June 27, 2006, at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Fed) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

OMAR HERNANDEZ.

_____
Signature

1491366.1
19220-00102

# PROOF OF SERVICE
## 1013A (3) CCP

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067-4590.

On June 27, 2006, I served the foregoing document described as **[PROPOSED] FINAL JUDGMENT** on the interested parties in this action

by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

| Michael K. Yarnoff, Esq.<br>Eric Lechtzin, Esq.<br>Todd M. Mosser, Esq.<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087 | |
|---|---|

## BY MAIL:

☐   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 27, 2006, at Los Angeles, California..

## BY E-MAIL:

X   I transmitted a copy of the foregoing document by e-mail to the party named above.

Executed on June 27, 2006, at Los Angeles, California.

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1491366.1
19220-00102

1 **BY PERSONAL SERVICE:**

2  ☐  I delivered such envelope by hand to the offices of the addressee.

3  Executed on June 27, 2006, at Los Angeles, California.

4
5  _ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

6  _X (Fed)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

9
10 **NANCY SPINRAD**                               *Nancy Spinrad*

1491366.1
19220-00102